IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

DENNIS MALIPURATHU,           )
                              )
        Petitioner,            )
                              )
v.                            )   Case No. CIV-14-397-M
                              )
JANET DOWLING, Warden,         )
                              )
        Respondent.            )

## ORDER

On October 23, 2014, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation in this action brought pursuant to 28 U.S.C. § 2254, seeking a writ of habeas corpus. The Magistrate Judge recommended the petition for writ of habeas corpus be denied. The parties were advised of their right to object to the Report and Recommendation by November 12, 2014. On November 24, 2014[1], petitioner filed his Response for Habeas Relief.

Having carefully reviewed this matter de novo, the Court:

(1) ADOPTS the thorough and well-reasoned Report and Recommendation [docket no. 19] issued by the Magistrate Judge on October 23, 2014;

(2) DENIES petitioner's Petition for Writ of Habeas Corpus; and

(3) ORDERS that judgment in favor of the respondent issue forthwith.

**IT IS SO ORDERED this 9th day of January, 2015.**

VICKI MILES-LaGRANGE
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] On November 12, 2014, Petitioner filed a Motion Seeking Leave for Extension of Time requesting an extension to file his objection to the Report and Recommendation.